HOLCOMB, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Nellie M. Hol-

comb, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order affirmed, with costs.

STOVER, J., dissents, upon the ground that the evidence fails to establish the intestate's freedom from contributory negligence.